## BOARD OF COM'RS OF GARVIN CO. v. PYEATT.

No. 5776.   Opinion Filed January 11, 1916.

(154 Pac. 549.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Where no briefs have been filed by the plaintiff in error, the cause should be dismissed.

(Syllabus by the Court.)

*Error from District Court, Garvin County;*
*R. McMillan, Judge.*

Action by the Board of County Commissioners of Garvin County against Alvin F. Pyeatt. From the judgment, the board brings error. Dismissed.

*John M. Stanley*, for plaintiff in error.

*A. F. Pyeatt, pro se.*

PER CURIAM. This case was docketed in this court on November 11, 1913, and on September 28, 1915, was dismissed because the plaintiff in error had filed no brief. On October 19, 1915, the dismissal was set aside on application of the plaintiff in error, and 20 days allowed to file briefs. No briefs have as yet been filed.

We therefore recommend that the appeal be dismissed.

By the Court: It is so ordered.